IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. NORMAN SCOTT AND GILES R. SCUDERI, | ) ) ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) C.A. No. 10-772 (GMS) ) |
| ZIMMER, INC. AND ZIMMER TECHNOLOGY, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Sonnenschein Nath & Rosenthal LLP is now known as SNR Denton US LLP. The firm's address, telephone number, and facsimile number remain the same. The new email addresses for SNR Denton counsel admitted *pro hac vice* in this matter are:

marc.friedman@snrdenton.com
joel.bock@snrdenton.com
robert.cockren@snrdenton.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs W. Norman Scott and Giles R. Scuderi*

OF COUNSEL:

Marc S. Friedman
Joel N. Bock
Robert W. Cockren
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

September 30, 2010